IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 10-_494_ |
| v. | : | DATE FILED: _____ |
| STANLEY WILLIAM FOSS, III | : | VIOLATIONS: |
| | | 18 U.S.C. § 842(i)(1) (convicted felon in |
| | : | possession of explosives – 1 count) |
| | | 18 U.S.C. § 842(i)(4) (previously |
| | : | committed person in possession of |
| | | explosives – 1 count) |
| | : | 18 U.S.C. § 922(g)(1) (convicted felon in |
| | | possession of firearms and ammunition – |
| | : | 1 count) |
| | | 18 U.S.C. § 922(g)(4) (previously |
| | : | committed person in possession of |
| | | firearms and ammunition – 1 count) |
| | : | Notice of forfeiture |

**FILED**

JUL 29 2010

MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

# INDICTMENT

## COUNT ONE

**THE GRAND JURY CHARGES THAT:**

On or about August 7, 2009, in Womelsdorf, in the Eastern District of

Pennsylvania, defendant

**STANLEY WILLIAM FOSS, III,**

having been convicted in the Court of Common Pleas of York County, Pennsylvania, of a crime

punishable by imprisonment for a term exceeding one year, knowingly received and possessed

explosive materials, that is, approximately 50 pounds of black powder, which had been shipped

and transported in and affecting interstate commerce from Clarksville, Arkansas to Womelsdorf,

Pennsylvania.

In violation of Title 18, United States Code, Sections 842(i) and 844(a).

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about August 7, 2009, in Womelsdorf, in the Eastern District of Pennsylvania, defendant

### STANLEY WILLIAM FOSS, III,

having previously been committed to a mental institution knowingly received and possessed explosive materials, that is, approximately 50 pounds of black powder, which had been shipped and transported in and affecting interstate commerce from Clarksville, Arkansas to Womelsdorf, Pennsylvania.

In violation of Title 18, United States Code, Sections 842(i) and 844(a).

## COUNT THREE

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about August 7, 2009, in Womelsdorf, in the Eastern District of

Pennsylvania, defendant

### STANLEY WILLIAM FOSS, III,

having been convicted in the Court of Common Pleas of York County, Pennsylvania, of a crime

punishable by imprisonment for a term exceeding one year knowingly possessed in and affecting

interstate and foreign commerce a firearm and ammunition, that is:

(1)     a Smith & Wesson Model 19, .357 Magnum revolver, Serial Number
        123K402, loaded with six rounds of live ammunition;

(2)     a Springfield Armory Model M1A 7.62 mm rifle, Serial Number 024958;
        a J.C. Higgins Model 20 12 gauge shotgun loaded with live ammunition;

(3)     a Marlin Model 80 .22 caliber rifle;

(4)     approximately three live rounds of Firequest 12 gauge "armor piercing"
        shotgun ammunition;

(5)     approximately six live rounds of Firequest 12 gauge "exploder" shotgun
        ammunition;

(6)     approximately 309 live rounds of Federal 9mm ammunition;

(7)     approximately 100 live rounds of Winchester .40 caliber ammunition;

(8)      approximately 24 rounds of live .357 caliber ammunition;

(9)     approximately 934 live rounds of 7.62 mm "armor piercing" ammunition;

(10)    approximately 30 live rounds of .308 NATO tracer ammunition; and

(11)    approximately 12 rounds of live "dragon's breath" 12 gauge ammunition.

All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT FOUR

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about August 7, 2009, in Womelsdorf, in the Eastern District of

Pennsylvania, defendant

### STANLEY WILLIAM FOSS, III

having previously been committed to a mental institution knowingly possessed in and affecting

interstate and foreign commerce a firearm and ammunition, that is:

(1)    a Smith & Wesson Model 19, .357 Magnum revolver, Serial Number

123K402, loaded with six rounds of live ammunition;

(2)    a Springfield Armory Model M1A 7.62 mm rifle, Serial Number 024958;

a J.C. Higgins Model 20 12 gauge shotgun loaded with live ammunition;

(3)    a Marlin Model 80 .22 caliber rifle;

(4)    approximately three live rounds of Firequest 12 gauge "armor piercing"

shotgun ammunition;

(5)    approximately six live rounds of Firequest 12 gauge "exploder" shotgun

ammunition;

(6)    approximately 309 live rounds of Federal 9mm ammunition;

(7)    approximately 100 live rounds of Winchester .40 caliber ammunition;

(8)    approximately 24 rounds of live .357 caliber ammunition;

(9)    approximately 934 live rounds of 7.62 mm "armor piercing" ammunition;

(10)   approximately 30 live rounds of .308 NATO tracer ammunition; and

(11)   approximately 12 rounds of live "dragon's breath" 12 gauge ammunition.

All in violation of Title 18, United States Code, Section 922(g)(1).

## NOTICE OF FORFEITURE

## THE GRAND JURY FURTHER CHARGES THAT:

As a result of the violations of Title 18, United States Code, Sections 842 and 922(g)(1), set forth in this indictment, defendant

## STANLEY WILLIAM FOSS, III

shall forfeit to the United States of America the firearms and explosives involved in the commission of this offense, including, but not limited to:

(1)    A Smith & Wesson Model 19 .357 Magnum revolver, Serial Number 123K402

(2)    30 rounds of live .357 caliber ammunition;

(3)    A Springfield Armory Model M1A 7.62 mm rifle, Serial Number 024958;

(4)    A J.C. Higgins Model 20 12 gauge shotgun

(5)    A Marlin Model 80 .22 caliber rifle;

(6)    approximately three live rounds of Firequest 12 gauge "armor piercing" shotgun ammunition;

(7)    approximately six live rounds of Firequest 12 gauge "exploder" shotgun ammunition;

(8)    approximately 309 live rounds of Federal 9mm ammunition;

(9)    approximately 100 live rounds Winchester .40 caliber ammunition;

(10)    approximately 24 rounds of live .357 caliber ammunition;

(11)    approximately 934 live rounds of 7.62 mm "armor piercing" ammunition ;

(12)    approximately 30 live rounds of .308 NATO tracer ammunition;

(13)    approximately 12 rounds of live "dragon's breath" 12 gauge ammunition;

and

(14)    approximately 50 pounds of black powder

All pursuant to Title 28, United States Code, Section 2461(c), and Title 18, United States Code, Sections 844(c) and 924(d).

**A TRUE BILL:**

FOREPERSON

ZANE DAVID MEMEGER
**United States Attorney**